UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO. 3:04-CV-1170-J-20MCR Consolidated

CONTINENTAL CASUALTY COMPANY, *et al.*,

    Plaintiffs,

v.

CITY OF JACKSONVILLE, *et al.*,

    Defendants.

_____

THE TRAVELERS INDEMNITY COMPANY,

    Plaintiff,

v.

CITY OF JACKSONVILLE, *et al.*,

    Defendants.
_____/

**MOTION FOR FINAL SUMMARY JUDGMENT BY PLAINTIFFS CONTINENTAL CASUALTY COMPANY, TRANSPORTATION INSURANCE COMPANY, AND THE TRAVELERS INDEMNITY COMPANY**

Pursuant to Federal Rules of Civil Procedure 56(d), 57 and M.D. Fla. Loc. R. 3.01, Plaintiffs Continental Casualty Company, Transportation Insurance Company (jointly, "Transportation") and The Travelers Indemnity Company ("Travelers") (collectively, the "Insurers") respectfully request that this Court enter final summary judgment holding that the Insurers have no duty to indemnify the City of Jacksonville, Jacksonville Electric Authority and/or the Duval County School Board (the "City Entities") for claims asserted against the

328365 v 2

City Entities relating to the settlement of <u>Nora Williams, et al. v. City of Jacksonville, et al.</u>, Case No. 16-2003-CA-003263 (Duval Cty., Fla.) (the "<u>Williams</u> Litigation"). As discussed more fully in the supporting Memorandum of Law, summary judgment is appropriate because the City Entities breached the cooperation and voluntary payment provisions in the insurance policies at issue.

## **REQUEST FOR ORAL ARGUMENT**

The Insurers request one hour for oral argument.

WHEREFORE, for the above stated reasons and the reasons set forth in the accompanying Memorandum of Law, the Insurers respectfully request that the Court grant their motion for final summary judgment.

November 4, 2005

                                                    Respectfully submitted,

                                                   /s/
                                       ROSS, DIXON & BELL, LLP
Richard J. Pratt, admitted *pro hac vice*
Gabriela Richeimer, admitted *pro hac vice*
Meredith Werner, admitted *pro hac vice*
2001 K Street, N.W.
Washington, D.C. 20006-1040
(202) 662-2000
*Attorney for Plaintiffs*
*Transportation Insurance Company*
*Continental Casualty Company*

ROSS, DIXON & BELL, LLP

Rebecca L. Ross, admitted *pro hac vice*
55 W. Monroe St.
Suite 3000
Chicago, IL 60603-5111
(312) 759-1920


HINSHAW & CULBERTSON LLP

Ronald L. Kammer, Florida Bar No. 360589
P.O. Box 569009
Suite 1600
Miami, Florida 33256-9009
(305) 358-7747
Fax: (305) 577-1063


HOGAN & HARTSON, LLP

Laura Besvinick, Florida Bar No. 391158
Mellon Financial Center
1111 Brickell Avenue, Suite 1900
Miami, FL 33131
(305) 459-6500

                                                      /s/
                                     LILES GAVIN COSTANTINO & MURPHY
                                     Rutledge R. Liles, Florida Bar No. 102805
                                     R. Kyle Gavin, Florida Bar No. 747076
                                     225 Water Street, Suite 1500
                                     Jacksonville, FL 32202
                                     (904) 634-1100

                                     *Attorneys for Plaintiffs*
                                     *The Travelers Indemnity Company*

Of Counsel

STEPTOE & JOHNSON LLP

James E. Rocap, III, admitted *pro hac vice*
Virginia L. White-Mahaffey, admitted *pro hac vice*
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-6297

3

328365 v 2